| | |
|---|---|
| **From:** | Simon, Steven J |
| **To:** | CAEDml_FRS-CVB |
| **Subject:** | REQUEST OF COURT HEARING TO RECALL WARRANT & REMOVE DRIVER"S LICENSE OR VEHICLE REGISTRATION HOLD |
| **Date:** | Thursday, October 17, 2024 1:48:13 PM |

CAUTION - EXTERNAL:

The following request to recall an arrest warrant and/or remove driver's license or vehicle registration hold has been made:

Submission request was made on:
10/17/2024 4:43:17 PM

Full Name:
Simon, Steven J

Violation Notice Case Number (s):
6:24po-00038hbk

Original Hearing Date:
10/1/2024

Selected Hearing Date:
12/10/2024

Last 4 Digits of Social Security Number:
8544

Address:
947 Camino Real Dr
Sparks, NV 89434

Email Address:
Sjsimon31@gmail.com

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.